ERIC GRANT
United States Attorney
CHAN HEE CHU
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>RODNEY L. HARP,<br><br>　　　　　　　　Defendant. | Case No. 1:25-PO-00016-SAB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>COURT: Hon. Stanley A. Boone |

　　　　Defendant RODNEY L. HARP ("Defendant") and the United States of America ("United States") stipulate and request that the currently scheduled Status Conference on August 14, 2025, at 10:00 a.m. be continued until October 9, 2025, at 10:00 a.m.

　　　　The United States has extended a plea offer and Defendant requires additional time to evaluate and consider the offer. Counsel for Defendant also has conflicts on August 14, 2025, and is unable to attend the Status Conference.

　　　　Should the parties be unable to reach an agreement by October 9, 2025, the parties further agree and stipulate that they will confer and chose a trial date to be set on October 9, 2025.

///

///

///

1

# **STIPULATION**

The United States of America, by and through undersigned counsel, and Defendant, by and through undersigned counsel, hereby stipulate as follows:

1. The currently scheduled Status Conference on August 14, 2025, at 10:00 a.m., may be continued to October 9, 2025, at 10:00 a.m. on the CVB calendar in Fresno;

2. Should the parties be unable to reach a resolution by October 9, 2025, the parties will meet and confer and come prepared on October 9, 2025, to the Status Conference to set a trial date.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: August 11, 2025

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

Date: August 11, 2025

*/s/ Phillip Jarrett Cline*
PHILLIP JARRETT CLINE
Attorney for Defendant
RODNEY L. HARP

**O R D E R**

**IT IS SO ORDERED.** The currently scheduled Status Conference on August 14, 2025, at 10:00 a.m., is continued to October 9, 2025, at 10:00 a.m. Should the parties fail to reach an agreement by October 9, 2025, the parties will meet and confer and come prepared to the Status Conference with an agreed upon trial date. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **August 11, 2025**

STANLEY A. BOONE
United States Magistrate Judge